# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stacy C. Harrell,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                              3:07cv396

City of Gastonia, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/29/09 Order.

Signed: January 29, 2009

Frank G. Johns, Clerk
United States District Court